# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KENNY ECKLUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VGW HOLDING US, INC. and VGW US, INC.,<br><br>Defendants. | **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FOR DEFENDANTS TO FILE A REPLY**<br><br>Case No. 1:25-cv-00171-DBP<br><br>Magistrate Judge Dustin B. Pead |

Based upon the Stipulated Motion for Extension of Time to Respond to Defendants' Motion to Compel Arbitration and for Defendants to File a Reply[1] submitted by the parties in the above-entitled matter, and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS that: (1) Plaintiff Kenny Ecklund shall have up to and including Wednesday, **May 6, 2026**, to file his opposition to Defendants' Motion to Compel Arbitration[2]; and (2) Defendants VGW Holding US, Inc. and VGW US, Inc. shall have up to and including **Friday, June 5, 2026**, to file their reply in support of their Motion to Compel Arbitration in the above-referenced matter.

DATED this 26th day of March 2026.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge

---

[1] Dkt. 20.

[2] Dkt. 17.